**Order entered December 18, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01350-CR

### DONALD RAY MCKINNEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-47067-Y**

## ORDER

The Court has before it appellant's December 17, 2015 motion to allow a brief in excess of the word limits. The motion states, and the record reflects, that appellant was convicted of continuous sexual abuse of a child. Appellant's brief identifies the complaining witness by her full name. Accordingly, we **STRIKE** the appellant's brief received on December 17, 2015. We **ORDER** appellant to file, within **FIFTEEN DAYS** of the date of this order, an amended brief that identifies the complaining witness and any other children mentioned in the brief by initials only.

The Court will defer ruling on appellant's motion to allow the extra words until it has received the amended brief.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/ ADA BROWN
JUSTICE